# AFFIDAVIT

The affiant, Thomas W. Byrd, having been duly sworn, deposes and states that the information contained herein is true and accurate to the best of the affiant's knowledge.

1. I, Thomas Wayne Byrd have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco and Firearms (ATF) since July 2015 and I am presently assigned to the ATF Memphis Field Office in the Western District of Tennessee. I have investigated individuals for the illegal possession/use of firearms, illegal possession/distribution of controlled substances, National Firearm Act (NFA) illegal possession/distribution and/or violent crimes. As a SA with ATF I am primarily responsible for conducting criminal investigations that concern the enforcement of our nation's federal firearm, drug trafficking, Major Crimes in Indian Country and violent crime criminal investigations.

2. The information in this affidavit is the result of a joint investigation involving the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Homeland Security Investigations (HIS), and the Tennessee Highway Patrol (THP). All information contained in this affidavit is either based upon this affiant's personal knowledge, and/or the investigation and observations of other officers/agents involved in the criminal investigation.

3. I present this information in support of a criminal complaint charging Adrian D. SALTO (SALTO) with Possession of a Firearm by an Alien Unlawfully in the United States in violation of Title 18 U.S.C. 922(g)(5).

4. Since this affidavit is being submitted for the limited purpose of obtaining an arrest warrant for SALTO, it is not intended to include each and every fact and matter observed or known to the government. I have set forth only those facts necessary to support probable cause for this application.

5. On February 16, 2026, Tennessee Highway Patrol Trooper (THP) observed an Acura model TSX with TN registration, BJP9819 failed to signal and conducted a traffic stop in the vicinity of Perkins Rd & Janice Cir at 1220 hrs. THP approached the vehicle, identified Marilynn F. QUIROZ as the driver, front passenger Juan PEREZ and rear passenger was SALTO. THP observed in plain view narcotics paraphernalia and QUIROZ admitted to THP the paraphernalia was for illegal narcotics usage. THP removed all occupants of the vehicle and all were searched for any weapons on their person. During search of SALTO, THP removed a Smith and Wesson (S&W) model 642 Airweight 38 special caliber revolver with serial number (SN#) CXS5614 from SALTO.

6. All occupants of the vehicle were detained by THP, and notification was made to HSI & ATF to assist with the investigation. Pursuant to search of the vehicle by THP, the following were recovered:

   a. <u>Firearm/under driver's seat:</u> Springfield model XD-9 9mm cal pistol SN# BY241755; recovered loaded/chambered
   b. <u>Narcotics/center console:</u> Estimated 11 grams of suspected Methamphetamines and Fentanyl (includes outer packaging)
   c. <u>Firearm ammunition 9mm/in purse:</u> multiple 9mm cal rounds of ammunition inside a black purse
   d. <u>Narcotics Paraphernalia:</u> Multiple syringes, glass smoking devices with suspected narcotics residue, rubber tourniquet strap, foil, spoons and digital scales with suspected narcotics residue
   e. <u>Identity Documents:</u> Multiple state and foreign ID cards one foreign ID document in name of Adrian D. SALTO issued in 2005
   f. <u>Firearm parts/inside black case:</u> Glock tool set
   g. <u>Firearm parts/inside black case:</u> Glock magazine

7. All occupants of the vehicle were arrested by THP for charges that include but not limited to Possession of Illegal Narcotics & Possession of Narcotics Paraphernalia. PEREZ, QUIROZ and SALTO were transported to an MPD police station for processing where SA Byrd conducted custodial interviews.

8. SA Byrd interviewed SALTO which was audio recorded, SALTO provided his date of birth (DOB) was June 8, 1991; which SA Byrd confirmed his correct DOB by comparison to his criminal history. SALTO was advised of his *Miranda Rights* via an ATF Miranda Rights Form, SALTO acknowledged he understood his rights and invoked his right to consult with legal counsel, ATF Miranda Form was marked as "Invoked" by SA Byrd and the interview was concluded.

9. SA Byrd interviewed QUIROZ which was audio recorded, QUIROZ provided her name, DOB and social security number (SSN). QUIROZ was advised of her *Miranda Rights*, QUIROZ acknowledged she understood her rights, initialed and signed an ATF Miranda Rights Form and voluntarily interviewed. Portions of the custodial interview are summarized in this affidavit. QUIROZ reported SALTO came to her and PEREZ, her boyfriend, and they were driving around with SALTO who was a rear passenger. QUIROZ was shown a photo of the S&W revolver by SA Byrd who reported that was not her revolver. QUIROZ stated she observed THP remove the revolver from SALTO's jacket when they were being searched. QUIROZ admitted the Springfield 9mm pistol/ammunition was her firearm and it was located under the driver's seat. QUIROZ admitted to SA Byrd the illegal narcotics in the vehicle were hers, the larger baggie was Methamphetamine, and the smaller blue bags contained Fentanyl estimating the quantity of narcotics to be around an "8-ball." SA Byrd knows in his training/knowledge/experiences (TKE) a reference to an 8-ball is a common narcotics distribution slang for approximately 1/8 of an ounce. QUIROZ reported she, PEREZ and SALTO all use illegal narcotics.

10. QUIROZ continued, she purchases illegal narcotics weekly, around one 8-Ball a week from Kristin THOMPSON who resides at 4302 Zelda St Memphis, TN. HSI investigated THOMSPSON, 4302 Zelda St and confirmed there was a previous criminal investigation of THOMPSON & 4302 Zelda involving narcotics in 2023. QUIROZ explained the Glock tool kit was found searching discarded contents throughout Memphis and was intended to be sold for profit. QUIROZ reported PEREZ and SALTO were not involved in the purchase of the illegal narcotics as she would purchase those from THOMPSON but PEREZ and SALTO would use illegal narcotics.

11. QUIROZ knew SALTO was not a US citizen and was in the United States illegally.

12. SA Byrd interviewed PEREZ which was audio recorded, PEREZ provided his name, DOB and SSN. PEREZ was advised of his *Miranda Rights*, PEREZ acknowledged he understood his rights, initialed and signed an ATF Miranda Rights Form and voluntarily interviewed. Portions of the custodial interview are summarized in this affidavit. PEREZ reported, presently he is homeless and is staying in QUIROZ's vehicle. PEREZ reported the revolver was SALTO's and that SALTO offered to sell the revolver to PEREZ for approximately $350 dollars prior to the THP traffic stop but he was not interested in purchasing the revolver from SALTO. PEREZ stated he believed SALTO's intentions with the possession of the revolver was to sell it for profit. PEREZ also reported he, QUIROZ and SALTO use illegal narcotics.

13. PEREZ knew SALTO was not a US citizen and was in the United States illegally.

14. SA Byrd was provided with HSI documentation concerning SALTO's legal status in the United States. HSI provided SA Byrd with documentation that SALTO, record ID# 276545590, FINS # 1079478445 was not a US citizen and

was not in the United States via lawful entry. SALTO is a Mexican citizen by birth and the records contained a photograph and correct DOB for SALTO.

15. Your affiant has determined that the S&W model 642 Airweight 38 special caliber revolver SN# CXS5614 is a firearm as defined by Title 18, U.S.C., Section 921(a)(3). According to ATF Firearms Interstate Nexus Expert SA Dan Verhine, this firearm has traveled and affected interstate commerce.

16. The traffic stop & arrest of SALTO occurred within the Western District of Tennessee.

17. Based on the above information, this affiant believes that probable cause exists to believe that SALTO committed the following offense: 18 U.S.C. § 922(g)(5), Possession of a Firearm by an Alien Unlawfully in the United States

Respectfully submitted February 18, 2026.

Thomas W. Byrd 5677

Thomas W. Byrd
Special Agent
Bureau of Alcohol, Tobacco and Firearms

Subscribed and sworn to me by telephone on February 18, 2026.

s/ Tu M. Pham

HON. TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE